**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| _____ ) | Misc. No. 08-mc-442 (TFH) |
| ) | |
| IN RE: ) | Civil Action Nos. |
| ) | |
| GUANTANAMO BAY ) | 02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1194, |
| DETAINEE LITIGATION ) | 04-cv-1254, 04-cv-1937, 04-cv-2022, 04-cv-2215, |
| ) | 05-cv-0023, 05-cv-0247, 05-cv-0270, 05-cv-0280, |
| ) | 05-cv-0329, 05-cv-0359, 05-cv-0392, 05-cv-0492, |
| ) | 05-cv-0520, 05-cv-0526, 05-cv-0569, 05-cv-0634, |
| ) | 05-cv-0748, 05-cv-0764, 05-cv-0877, 05-cv-0883, |
| ) | 05-cv-0889, 05-cv-0892, 05-cv-0993, 05-cv-0994, |
| ) | 05-cv-0999, 05-cv-1048, 05-cv-1124, 05-cv-1189, |
| ) | 05-cv-1220, 05-cv-1244, 05-cv-1353, 05-cv-1429, |
| ) | 05-cv-1457, 05-cv-1490, 05-cv-1497, 05-cv-1504, |
| ) | 05-cv-1555, 05-cv-1592, 05-cv-1601, 05-cv-1607, |
| ) | 05-cv-1623, 05-cv-1638, 05-cv-1645, 05-cv-1646, |
| _____ ) | 05-cv-1971, 05-cv-1983, 05-cv-2088, 05-cv-2104, |

05-cv-2185, 05-cv-2186, 05-cv-2199, 05-cv-2249,
05-cv-2349, 05-cv-2367, 05-cv-2371, 05-cv-2379,
05-cv-2380, 05-cv-2384, 05-cv-2385, 05-cv-2386,
05-cv-2387, 05-cv-2479, 06-cv-1668, 06-cv-1684,
06-cv-1690, 06-cv-1761, 06-cv-1765, 06-cv-1766,
06-cv-1767, 07-cv-1710, 07-cv-2337, 07-cv-2338,
08-cv-1101, 08-cv-1207, 08-cv-1224, 08-cv-1228,
08-cv-1233, 08-cv-1235, 08-cv-1237, 08-cv-1238,
08-cv-1360, 08-cv-1440, 08-cv-1789, 08-cv-1805,
08-cv-1828, 08-cv-1923, 08-cv-2019, 08-cv-2083,
09-cv-0031, 09-cv-0745, 09-cv-0873, 09-cv-0904,
09-cv-1332, 09-cv-1385, 09-cv-2368, 10-cv-0407,
10-cv-0536

**RESPONDENTS' UNOPPOSED MOTION FOR
A BRIEF EXTENSION OF TIME TO FILE REPLY BRIEF**

Respondents, by and through undersigned counsel, hereby move this honorable Court for

a brief extension of time, from June 24 until no later than July 1, 2010 to file their Reply Brief in

Further Support of Respondents' Motion to Amend and for Clarification of the Court's January

14, 2010 Order Regarding Public Returns.  The extension of time is needed because of a sudden

development in one of the Guantanamo Bay habeas cases that requires time and attention that

counsel working on this matter had intended to devote to the completion of Respondents' reply

brief.  This is the second motion for an extension of time for Respondents' reply.  The Court

previously granted Respondents' Unopposed Motion to File a Consolidated Reply and for an

Extension of Time to Reply to the Responses of Petitioners and Press Intervenors (Dkt. # 1952)

(May 12, 2010).  *See* Minute Order (May 13, 2010).  No party will be prejudiced, however, by

this brief extension of time.

     Pursuant to LCvR 7(m), counsel for Respondents met and conferred with representative

counsel for Petitioners and counsel for Press Intervenors regarding the instant motion.  Darin

Thompson, on behalf of Petitioners' counsel, stated that Petitioners do not object.  Counsel for

Press Intervenors indicated that Press Intervenors take no position with regard to Respondents'

requested relief but they wish to note that they continue to object generally to delay in the

process associated with the filing of public returns.

     For the above stated reasons, the Court should grant Respondents' Unopposed Motion for

A Brief Extension of Time to File Reply Brief.


Dated:  June 23, 2010                    Respectfully submitted,

                                  TONY WEST
                                  Assistant Attorney General

                                  JOSEPH H. HUNT
                                  Branch Director

                                  TERRY M. HENRY
                                  Assistant Branch Director


                                  /s Lisa Zeidner Marcus

                                  JAMES J. GILLIGAN
                                  Assistant Branch Director

                                  LISA ZEIDNER MARCUS
                                  Trial Attorney
                                  (NY Bar Registration No. 4461679)

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 205301
TEL: (202) 514-3336

Attorneys for Respondents