A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

AMANATULLAH and ABDUL RAZAQ

                                    )
        Plaintiff(s)                )        **APPEARANCE**
                                    )
                                    )
            vs.                     )        CASE NUMBER    10-00536
BARACK OBAMA, ROBERT M. GATES,      )
and JANE and/or JOHN DOES 1 through 5 )
        Defendant(s)                )


To the Clerk of this court and all parties of record:

Please enter the appearance of    Tina M. Foster                    as counsel in this
                                    (Attorney's Name)

case for:    AMANATULLAH and ABDUL RAZAQ
                            (Name of party or parties)


June 25, 2010
Date

                                            _____
                                            Signature

Admitted pursuant to LCvR 83.2(g)           Tina M. Foster
BAR IDENTIFICATION                          Print Name

                                            P.O. Box 610119
                                            Address

                                            New York,  NY          11361
                                            City         State      Zip Code

                                            917-442-9580
                                            Phone Number