UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMANATULLAH,<br><br>    Petitioner,<br><br>  v.<br><br>BARACK H. OBAMA, et al.,<br><br>    Respondents. | Civil Action 10-0536  (HHK) |

### ORDER

This habeas corpus action was filed on April 1, 2010.  Since that time, the parties have taken no action to move the case forward.  Accordingly, it is this 25th day of March, 2011 hereby

**ORDERED** that the parties to this case shall, by no later than May 1, 2011, file a joint proposed scheduling order to govern the progress of this case.  If this case has been mooted or if petitioner wishes to voluntarily dismiss his petition, the parties shall so inform the Court via an appropriate motion.

                   Henry H. Kennedy, Jr.
                   United States District Judge