**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMANATULLAH, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 10-0536 (RCL) |
| ) | |
| BARACK OBAMA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**<u>NOTICE OF ENTRY OF APPEARANCE</u>**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

   **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel in this case for petitioners Amanatullah, *et al*.

Dated:  February 6, 2012

            /s/ Eric L. Lewis
Eric L. Lewis (394643)
LEWIS BAACH PLLC
1201 F Street NW
Washington DC  20004
Telephone:  202-833-8900
Fax:  202-466-5738
E Mail: eric.lewis@lewisbaach.com

Counsel for Petitioners
Amanatullah, *et al.*