**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMANATULLAH, *et al.*,        )<br>                                            )<br>        Petitioners,            )<br>                                            )<br>    v.                                  )<br>                                            )<br>BARACK OBAMA, *et al.*,  )<br>                                            )<br>        Respondents.          )<br>                                            ) | Civil Action No. 10-0536 (RCL) |

**NOTICE OF ENTRY OF APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

   **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel in this case for petitioners Amanatullah, *et al*.

Dated: February 6, 2012

              /s/ A. Katherine. Toomey
A. Katherine Toomey (426658)
LEWIS BAACH PLLC
1201 F Street NW
Washington DC  20004
Telephone:  202-833-8900
Fax:  202-466-5738
E Mail: katherine.toomey@lewisbaach.com

Counsel for Petitioners
Amanatullah, *et al*.